No opinion. Judgment reversed, new trial ordered, costs to the appellant to abide the event. Motion for leave to appeal to the court of appeals granted. See 26 N. Y. Supp. 884.

---

### HYMAN et al., Respondents, v. SCHMIDT, Appellant.

(Common Pleas of New York City and County, General Term. January 8, 1894.)

Action by Rose Hyman and another against Sigmund A. Schmidt.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
J. C. Rosenbaum, for appellant.
O. Meyers, for respondents.
No opinion. Judgment affirmed, with costs. See 19 N. Y. Supp. 215.

---

### HAINES, Respondent, v. THOMPSON et al., Appellants.

(Common Pleas of New York City and County, General Term. January 9, 1894.)

Appeal from city court, general term.
Action by Annie Haines against Denman Thompson and another.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
J. T. Easton, for appellants.
A. J. Dittenhofer, for respondent.
No opinion. Judgment affirmed, with costs. See 26 N. Y. Supp. 1135. See, also, 19 N. Y. Supp. 184; 21 N. Y. Supp. 991.

---

### HENRY, Respondent, v. HOUSTON, W. ST. & P. FERRY R. CO., Appellant.

(Common Pleas of New York City and County, General Term. January 9, 1894.)

Appeal from city court.
Action by Thomas E. Henry against the Houston, West Street & Pavonia Ferry Railroad Company.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Coudert Bros., for appellant.
J. V. Humphreys, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to the appellant to abide the event. See 25 N. Y. Supp. 1144.

---

### SWAIN, Respondent, v. THOMPSON et al., Appellants.

(Common Pleas of New York City and County, General Term. January 9, 1894.)

Appeal from city court, general term.
Action by Charles Swain against Denman Thompson and another.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
J. T. Easton, for appellants.
A. J. Dittenhofer, for respondent.
No opinion. Judgment affirmed, with costs. See 26 N. Y. Supp. 536.